IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., : : : Plaintiff, : : v. : : MELICK AQUAFEEDS, INC., : : Defendant. : : | Criminal Action No. 7:08-CV-13(HL) |

## ORDER

Plaintiff has filed a Motion for Leave to File Sur-reply Brief (Doc. 54). After reviewing the basis for Plaintiff's request, the Court believes that the proper avenue for raising the issues recited in the Motion is through a motion to strike. Plaintiff's Motion for Leave to File Sur-reply is therefore denied.

**SO ORDERED**, this the 23rd day of July, 2009.

s/ Hugh Lawson
**HUGH LAWSON, Judge**

dhc