**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

Southern States Cooperative Inc., *

    Plaintiff                        *

                                    Case Number 7:08-CV-13 (HL)

vs.                                  *

Melick Aquafeeds, Inc., et al.,  *

    Defendants                   *

## **J U D G M E N T**

Pursuant to the jury verdict dated January 18, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ 770,229.30. The amount shall accrue interest from the date of entry of judgment at the rate of .29 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 24th day of January, 2011.

                                    Gregory J. Leonard, Clerk

                                    S/ Sandra B. DeCesare, Deputy Clerk

Approved by:


*s/   Hugh Lawson*
Hugh Lawson
Senior United States District Judge