# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

SOUTHERN STATES COOPERATIVE, INC., :
:
    **Plaintiff,** :
:
v. : Civil Action No.
: 7:08-cv-13 (HL)
MELICK AQUAFEEDS, INC., and MELICK :
AQUAFEED, LLC, :
:
    **Defendants.** :
_____ :

## **ORDER**

Before the Court is the Defendants' motion for a stay of proceedings and request that the Court set the amount of a supersedeas bond (Doc. 115). On January 24, 2011, the Court entered judgment against the Defendants in the amount of $770,229.30 (Doc. 114). Execution of the judgment is automatically stayed for fourteen days after the judgment is entered. The Defendants have asked the Court to stay the execution of the judgment beyond the fourteen days because they intend to file a renewed motion for judgment as a matter of law or an appeal to the Eleventh Circuit Court of Appeals.

The Court will stay the execution of the judgment upon the posting of a supersedeas bond by the Defendants in the amount of $780,000.00, an amount which will adequately protect the Plaintiff's interests. The form of the bond shall be approved by the clerk of this Court. When the motion for judgment as a matter of law or an appeal is filed, and the bond is posted and approved by the clerk,

execution of the judgment shall be stayed. The motion of the Defendants (Doc. 115) is granted as set forth herein.

**SO ORDERED**, this the 31st day of January, 2011.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc