# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MELICK AQUAFEEDS, INC., and MELICK : <br> AQUAFEED, LLC, : <br> : <br> Defendants. : <br> _____ : | Civil Action No. <br> 7:08-cv-13 (HL) |

## ORDER

Before the Court is the Defendants' renewed motion for a stay of the proceedings to enforce the judgment (Doc. 133). Previously the Court entered an order staying the execution of judgment upon the posting of the supersedeas bond in the amount of $780,000. The order was silent on the duration of the stay.

On May 13, 2011, the Court denied the Defendants' renewed motion for judgment as a matter of law, lifted the stay of the execution of the judgment, and instructed the Defendants to file a motion to stay execution of the judgment pending any appeal. It appears that it was not necessary to lift the stay because the supersedeas bond contained language stating that the bond would stay in effect until the "[renewed motion for judgment of as a matter of law] was denied and/or said appeal is dismissed or said judgment is affirmed." (Doc. 120). In any event, this order clarifies the proceedings and previous orders.

The renewed motion to stay execution of the judgment (Doc. 133) is granted.

To be clear, execution of the judgment will be stayed and the original bond will remain in effect until the appeal terminates.

**SO ORDERED**, this the 23rd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc